IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT RANDALL ROSS                                                                PETITIONER

v.                                       5:07CV00125 WRW

LARRY NORRIS, Director of the                                                      RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Robert Randall Ross is dismissed, and all requested relief is denied.  Judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 14th day of November, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE