# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT RANDALL ROSS                                                              PETITIONER

v.                                    5:07CV00125 WRW

LARRY NORRIS, Director of the                                                    RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris.

IT IS SO ORDERED this 14th day of November, 2007.

                                                   /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE